**Ben ANDREWS et al., Appellants, v. CITIES SERVICE DEFENSE CORPORATION.**

No. 13724.

United States Court of Appeals Eighth Circuit.

June 28, 1950.

Cooper Jacoway and Talley & Owen, Little Rock, Ark., for appellants.

Moore, Burrow, Chowning & Mitchell, Little Rock, Ark., and H. C. Walker, Jr., Shreveport, La., for appellee.

PER CURIAM.

Case remanded to District Court for further proceedings in conformity with opinion of Supreme Court of the United States filed May 8, 1950, in Aaron et al. v. Ford, Bacon & Davis, Inc., 70 S.Ct. 755, on motion of appellants.

**James R. BALL et al., Appellants, v. CITIES SERVICE DEFENSE CORPORATION.**

No. 13723.

United States Court of Appeals Eighth Circuit.

June 28, 1950.

Cooper Jacoway and Talley & Owen, Little Rock, Ark., for appellants.

Moore, Burrow, Chowning & Mitchell, Little Rock, Ark., and H. C. Walker, Jr., Shreveport, La., for appellee.

PER CURIAM.

Case remanded to District Court for further proceedings in conformity with opinion of Supreme Court of the United States filed May 8, 1950, in Aaron et al. v. Ford, Bacon & Davis, Inc., 70 S.Ct. 755, on motion of appellants.

**Stephen TRUNCALE, suing as a stockholder in the name and in behalf of Universal Pictures Company, Inc., Plaintiff-Appellant, v. William A. SCULLY and Clifford WORK, Defendants-Appellees and Cross-Appellants.**

No. 222, Docket 21622.

United States Court of Appeals Second Circuit.

Argued June 6, 1950.

Decided June 23, 1950.

Millard & Greene, New York City, Milton Pollack and Richard F. Wolfson, New York City, of counsel, for plaintiff-appellant.

Phillips, Nizer, Benjamin & Krim, New York City, Louis Nizer, Daniel Glass and Paul Martinson, all of New York City, of counsel, for defendant William A. Scully, appellee and cross-appellant.

H. G. Pickering (of Mudge, Stern, Williams & Tucker), New York City, John Wallis and Robert E. Walsh, New York City, of counsel, for defendant Clifford Work, appellee and cross-appellant.

Before AUGUSTUS N. HAND, CLARK and FRANK, Circuit Judges.

PER CURIAM.

Affirmed on opinion of Rifkind, J. Truncale v. Blumberg, D.C., 88 F.Supp. 677, as to the judgment granted in favor of the defendants. The cross-appeal of the defendants from the order of Judge Medina granting summary judgment to the plaintiff, D.C., 8 F.R.D. 492, is dismissed as moot.